# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GREGORY J. BENNETT,

    Petitioner,

vs.

BENEDETTI, et al.,

    Respondents.

Case No. 3:10-cv-00159-RCJ-VPC

**ORDER**

    Petitioner has submitted a declaration (#39), in which he waives the grounds that the court found were unexhausted. The court will dismiss those grounds, and respondents will need to answer the remaining grounds: 1(d), 1(e), 1(g), 2(h), 2(p), 2(q), and 2(r).

    IT IS THEREFORE ORDERED that grounds 1(a), 1(c), 1(f), 1(h), 2(a) through 2(g), 2(i) through 2(o), 2(s), and 3 are **DISMISSED** from this action.

    IT IS FURTHER ORDERED that respondents shall have thirty (30) days to file and serve an answer to the remaining grounds of the petition (#6). The answer shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner shall have thirty (30) days after service of the answer to file a reply.

Dated: July 8, 2013

                                                        ROBERT C. JONES  
                                                        Chief United States District Judge