1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8
9    GREGORY J. BENNETT,
10          Petitioner,                        Case No. 3:10-cv-00159-RCJ-VPC
11   vs.                                       **ORDER**
12   BENEDETTI, et al.,
13          Respondents.
14
15          Before the court are petitioner's motion for issuance of subpoena duces tecum (#42) and
16   motion for an extension of time (#43).  Petitioner bases both requests on a claim that he needs time
17   and resources to develop a claim that the prosecution withheld potentially exculpatory evidence, in
18   violation of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).  However, there is no <u>Brady</u> claim in the
19   petition (#6).  A reply brief is not the correct pleading in which to present a new ground for relief.
20   <u>Cacoperdo v. Demosthenes</u>, 37 P.3d 504, 507 (9th Cir. 1994).  The court will grant petitioner a short
21   extension to submit a reply to the answer (#40) to the grounds that actually remain in the petition.
22          IT IS THEREFORE ORDERED that petitioner's motion for issuance of subpoena duces
23   tecum (#42) is **DENIED**.
24   ///
25   ///
26   ///
27   ///
28   ///

1       IT IS FURTHER ORDERED that petitioner's motion for an extension of time (#43) is

2  **GRANTED** in part.  Petitioner shall have through August 16, 2013, to file and serve a reply to the

3  answer (#40).

4       Dated:     August 21, 2013.

 

 

 

                                        _____

                                        ROBERT C. JONES
                                        Chief United States District Judge